STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BENJAMIN PHILLIPS, JR., DEFENDANT-APPELLANT.

Submitted November 10, 1952—Decided November 17, 1952.

*Mr. Benjamin Phillips, in propria persona.*

*Mr. Horace K. Roberson* and *Mr. William A. O'Brien* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge EASTWOOD in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.